**FEE NOT PAID**

04 CV 12215 DPW

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

SEP 03'04 AM 11:52 USB

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| Fisherman's Wharf Excursions, LLC ) | CASE NO. 00-15415-WCH |
| debtor ) | |
| ) | |
| ) | |
| DONALD LASSMAN, Chapter 7 Trustee, ) | |
| Fisherman's Wharf Excursions, LLC ) | |
| Plaintiff ) | |
| v. ) | Adv. Pro. No. 02-1015 |
| Monte Carlo Cruise Concessions, Inc. ) | |
| Defendant ) | |
| ) | |

## DEFENDANT'S NOTICE OF APPEAL

Monte Carlo Cruises Concessions, Inc., defendant appeals under 28 U.S.C. §158(a) from the decision of the Bankruptcy Judge Hillman in this adversary proceeding dated August 25, 2004, denying Defendant's Motion for Reconsideration, and the granting of Plaintiff's Request to Dismiss Appeal.

The names of all parties to the decision and judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Mr. Steven M. Sheehy, Attorney for Plaintiff
STEVEN M. SHEEHY, P.C.
460 Totten Pond Road, Suite 230
Waltham, MA 02451
781-466-8999

Mr. Donald R. Lassman, Trustee
P.O. Box 920385
Needham, MA 02492
781-455-8400

By its attorneys,

Dated: September 3, 2004

*Seth S. Holbrook* (signature)
Seth S. Holbrook, BBO# 237850
Holbrook & Murphy
150 Federal Street, 12th Floor
Boston, MA 02110
617.428.1151

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 9-3-04

*Seth S. Holbrook* (signature)

76