11/9/04

K. J.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Monte Carlo Cruise Concessions, Inc., <br> Appellant, <br><br> v. <br><br> Donald Lassman, Trustee, <br> Appellee. | CIVIL ACTION NO.: <br> 04-CV-12215-DPW |

### DEFENDANT, MONTE CARLO CRUISE CONCESSIONS, INC.'S, MOTION TO REINSTATE APPEAL

NOW COMES the defendant, Monte Carlo Cruise Concessions, Inc., in the above captioned matter, by and through its undersigned attorneys, Holbrook & Murphy, and moves this Honorable Court to reinstate defendant's appeal.

As reasons therefore, defendant states the following:

1. Plaintiff filed its Request to Dismiss the Appeal on April 29, 2004. Defendant acknowledges that at that time it had not submitted the filing fee or the designation of items to be included in the record and the statement of issues.

2. Defendant submitted by letter of May 4, 2004, the filing fee, its Opposition to Plaintiff's Request to Dismiss Appeal and the Defendant's Designation of Items to be Included in the Record and the Statement of Issues to be Presented. These items were filed and entered on the Court's docket on May 6, 2004.

3. On or about May 13, 2004, the plaintiff filed its Statement of Issues for the cross-appeal. Further, the plaintiff also submitted a Designation of Additional Items to be Included in the Record on Appeal on or about May 13, 2004.

4.  This Court granted the Plaintiff's Request to Dismiss the Appeal on July 15, 2004. There has been no prejudice to the plaintiff. The plaintiff knew very shortly after filing his motion, defendant's position concerning the issues on appeal. Further, there has been no undue delay as the defendant's counsel upon realizing that the appeal fee and the designation had not been filed, filed these materials within 8 days after the filing of the Request to Dismiss the Appeal.

5.  The defendant has not hindered the judicial process as the requisite materials were filed within 35 days after filing its Notice of Appeal and Election of Appeal to the District Court.

In the interests of justice, the appeal should be allowed to proceed.

WHEREFORE, the defendant prays that this Court reconsider its order granting the Plaintiff's Request to Dismiss Appeal and deny the Plaintiff's Request to Dismiss the Appeal.

Respectfully submitted,
By its attorneys,

_/s/ Seth A. Holbrook_
Seth S. Holbrook, BBO # 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
617.428.1151

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail ~~(by hand)~~ on 11-8-04

_/s/ Seth A. Holbrook_