UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MONTE CARLO CRUISE ) | |
| CONCESSIONS, INC., ) | |
|     Appellant, ) | CIVIL ACTION NO. |
| ) | 04-12215-DPW |
| v. ) | |
| ) | |
| DONALD LASSMAN, TRUSTEE, ) | |
|     Appellee. ) | |

### ORDER FOR REMAND

WOODLOCK, D.J.

In accordance with this Court's Memorandum and Order entered on February 8, 2005, it is hereby ordered that:

(a) the appellant's request to reinstate its appeal is DENIED;

(b) the basic damage award is AFFIRMED on the merits; and

(c) the bankruptcy court's denial of prejudgment interest to the appellant is REVERSED, and it is

FURTHER ORDERED that the case is remanded to the bankruptcy court for entry of a revised judgment incorporating prejudgment interest.

                                            BY THE COURT,

                                            /s/ Michelle Rynne
                                            Deputy Clerk

DATE: February 8, 2005